_____
(Name)

_____
(Institution Register No.)

_____
(Current Mailing Address)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Christiaaso: Ariel
~~CHRISTOPHER COY MATER~~
HUMAN RIGHTS DEFENCE CENTER, Plaintiff (KS.)
(Full and Correct Name) I AM

CASE NO. 19-3195-SAC
(To be supplied by the Clerk)

vs.

SECRETARY OF CORRECTIONS
KANSAS DEPT. OF CORRECTIONS, Defendants
STATE OF KANSAS (15 USC 1127)
28 USC 3002 ('15)(A)

CIVIL RIGHTS COMPLAINT
PURSUANT TO ~~28 U.S.C. 1331~~
(18 USC 242) 42 USCA 1981 (A)(B)
(28 C.F.R. 14.2)

**A. JURISDICTION**

1) CHRISTOPHER COY MATER (c), is a ESTATE resident of U.S. Constitution, Wattle Peak
   (Plaintiff)                                    (State of residency prior to incarceration)

   who presently located at 2311 WAKARUSA Ave LAWRENCE K.S. [66047]
   [Non-Domestic]              (Mailing address or place of confinement.)

2) Defendant KDOC                        FOR PROFIT SUP- CORPORATION is a ~~resident~~ of
   (Name of first defendant)

   Topeka STATE OF KANSAS (5 USC 702-703), and is employed as
            (City, State)

   _____, and may be
   (Position and title, if any)

   located at 714 SW Jackson St. Topeka KS. At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐

   If your answer is "Yes", briefly explain: Statutes, rules policies, IMPP,
   KAR all color of Law use to deny right to contract
   Terms & conditions w/out consent

18 USC 242

XE-2 (F)        CIVIL RIGHTS COMPLAINT (~~28 U.S.C. §1331~~)        1

3) Defendant _____ is a resident of
   (Name of first defendant)

_____, and is employed as
(City, state)

_____, and may be located at
(Position and title, if any)

_____. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

*1330(B); (28 USC 1604; 1605(A), (KSA-77-109)*
*(42 USCA 1981(A) & (B), (KSA-16-1407), (Public Law 97-280)*

*Franken Hauser vs. Razu... ) Private Attorney General*
*For the Constitution vs. State ) 28 CFR. 14.2*

B. NATURE OF THE CASE

1) Briefly state the background of your case: DEFENDANTS DENIED RIGHTS SECURED BY THE CONSTITUTION, UNDER THE COLOR OF STATE LAW, BY WAY OF UNLAWFUL USE OF RULES POLICIES DEFEATING THE THAT RIGHT IS THE RIGHT TO CONTRACT UNDER ART. I SEC. 10 CL. I OF THE CONSTITUTIONS CONTRACT CLAUSE. A CONTRACT WITH DEFENDANTS, PERSONAL, OFFICIAL & CORPORATE CAPACITY THE LEGAL NOTICE AND DEMAND IS THE CONTRACT WITH DEFENDANTS UNDER 42 USCA 1981(A), & (B) AS SAID TERMS AND CONDITIONS HAVE BEEN TRESPASSED UPON IN INJURY TO THE PEOPLE & SECURED PARTY DEFT(22) AT THAT CONTRACT STATES THAT NO READING MATERIAL WOULD EVER BE WITHHELD OR DENIED, AS A VIOLATION OF THE FREEDOM OF SPEECH CLAUSE OF THE FIRST AMENDMENT WHEN DEFENDANTS PUBLICLY THURSDAY AUGUST 22, 2019 IN TOPEKA CAPITAL NEWS PAPER DECLARES A BREACH OF THE CONTRACT CLAUSE'S TERMS & CONDITIONS BY 7000-COUNT OF DEFT(22) VIOLATIONS, & IS DUE MONETARY DAMAGE TO PLAINTIFF AS SET FORTH IN PG. 12-14 OF THE CONTRACT LEGAL NOTICE AND DEMAND, 7000 CONSTITUTIONAL DEPRIVATIONS OF THE RIGHT TO CONTRACT, DENIES THE RIGHT TO MAKE AND ENFORCE SAID RIGHT & THE CONSTITUTION ITSELF.

THE CONTRACT WAS SERVICED TO (KDOC) BY CERTIFIED MAIL, SERVICE TO PRINCIPAL IS SERVICE TO AGENT & SERVICE TO AGENT IS SERVICE TO PRINCIPAL.

PLAINTIFF SEEKS INJUNCTIVE RELIEF AND ENFORCEMENT BY SECRETARY OF STATE AND TO DONE SO AS OUTLINED IN PG. 7 OF THE LEGAL NOTICE AND DEMAND, AN Monetary DAMAGE, PER PERSON, OCCURANCE, PER DAY AS AGREED TO THE CONTRACT OR THE COURT VIOLATES (4 USC 101) AND DERELICTION OF DUTY TO UPHOLD THE RIGHT TO CONTRACT IN FAVOR OF STATE LAW WILLFULLY (18 USC 242, 241) 2

XE-2 (F)        CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)
                                                18 USC 242

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: 42 USC 1981 (A) & (B) Make and Enforce Contracts

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Jeff Zmuda Declared publicly 2000 per occurence, violations of Plaintiffs right to Contract, According to the Agreed Terms and Conditions, Plaintiff is owed monetary damages at "2,000,000 per occurence, per Entity involved for Defendants (22) violations Aug. 22 2019, Topeka News paper

B) (1) Count II: (18 USC 242) Deprevation of Right Under Color of Law

(2) Supporting Facts: Jeff Zmuda's Alleged "policy" to Deprive the Freedom of Speech & Expression, In violation of the First Amendment as a Right Secured By the Constitution circa (1787), For Withholding Religous Materials & books

C) (1) Count III: (KSA-K-1907)

(Ucc 1-201) (2) Supporting Facts: Defendants Waived All Rights As Legal Fictions Ch to All Rules, Kansas Administrative Regulations, Policies, IMPP's, General Orders Etc. To Abide By All Terms And Conditions Of The Contract Legal Notice And Demand.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

XE-2 (F)  CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)  18 USC 242

4

### E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☒ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision  USGA Administrative procedures Act (5 USC 552(D) 28 USC (8)(b)(3), (UCC 1-205) To gain Acceptance where no one accepts the legend on the law demand as a Administrative Relief and Notice buy DEFAULT & Binding Contract

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _____ SAME _____

### F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief: Pg. 7 Secretary of State Actions Agnst Defendants, as outlined in contract, and monetary damages as outlined on pgs 12-14 of that contract for Def (22) violations at 2000 decrees per book, total $14,000,000,000.— multiplied in Art. 1 sec. 10 cls of coinage, by a judges oath decision (4 USC 101) to enforce & agency said monetary collections against Defendants, Personal, Private, Official, Corporate Capacity as outlined contract whereas Defendants waives all immunities that may be used defense by tribes/outs causes

_____                                        _____
Signature of Attorney (if any)                                   Signature of Petitioner

Lawrence K.S.
Sara Swain — 785-842-2787
Anthony Romero (A.C.L.O.) N.Y.
Jerry Wells  785-__

Sovereign Ashtarion Powers of powers
Attorney General, All Rights Preserved
Without Prejudice (UCC 1-207)
Celestial Land Protem - Metatron

Aug 29 2019

_____
(Attorney's full address and telephone number)

US USC 242
                                                                                    5

XE-2 (F)             CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)